STEPHANIE S. CHRISTENSEN
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: (510) 970-4809
    Facsimile: (415) 744-0134
    Email:  Margaret.Branick-Abilla@ssa.gov
Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALBERTO GARCIA, | No. 2:22-cv-02625-JPR |
| Plaintiff, | **JUDGMENT** |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

1  Having approved the parties' Stipulation to Remand Pursuant to Sentence Four
2  of 42 U.S.C. § 405(g) and to Entry of Judgment, THE COURT ADJUDGES AND
3  DECREES that judgment is entered for Plaintiff.

DATED: August 16, 2022

HON. JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE